JOHN H. BRINK (SBN 28018)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ABC(Ex)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:10-CV-09954-URC |
| Plaintiff, | ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR |
| vs. | |
| LUIS E. VASQUEZ, | |
| Defendant. | |

Upon reading the foregoing Declaration, and it appearing that this is a proper case for the appearance of said LUIS E. VASQUEZ,, for application of plaintiff;

IT IS ORDERED THAT LUIS E. VASQUEZ,, shall appear personally before United States Magistrate Judge Charles F. Eick, in Courtroom 20 of the United States District Courthouse, located at **312 N. Spring Street, Los Angeles, California 90012**; on July 22, 2011 at 9:30 a.m., to furnish information to aid in enforcement of a money judgment against you. You are also ordered to bring with you the documents or objects on the attached list, in your possession or control.

///
///
///
///

1

1  NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME
2  AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO
3  <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE
4  COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE
5  REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT
6  CREDITOR IN THIS PROCEEDING. See <u>California Code of Civil Procedure</u>
7  §708.110(e).
8  DATED: 5/24/11                                   _____
                                                    UNITED STATES MAGISTRATE JUDGE
9
10
11
12
...
28

## LIST OF DOCUMENTS REQUESTED

1. Bank statements for the past 24 months from all banks, or other financial institutions, where you, or your spouse, have an account of any kind.
2. Business records for the present year and past calendar year which reflects assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.
3. Bank statements for the past 24 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you , or your spouse, own any interest, has an account of any kind.
4. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.
5. All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.
6. All stocks, bonds or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.
7. Titles and registration certificates to all motor vehicles, aircraft, and water craft owned by you or your spouse.
8. All life insurance policies in which you are either the insured or the beneficiary.
9. All promissory notes held by you or your spouse, and all other documents evidencing any money owed to you or your spouse either now or in the future.
10. All deeds, bills of sale, or other documents prepared or used in connection with any transfer of real property or personal property made by you or your spouse, either by gift, sales, or otherwise within the last five years.

11. Books of deposit, or other documents setting forth all deposits or receipts made by your or for your benefit in any savings an loan accounts, certificates of deposit or checking or other bank accounts for the past three years.

12. Books of deposit, canceled checks, bank statements, check registers and other documents setting forth all disbursements made by you from any savings accounts, savings and loan accounts, certificates of deposit or checking accounts.

13. Copies of all financial statements and loan applications submitted by you within the last five years for the purpose of obtaining credit.

14. Payroll records and records of earnings showing all earnings of and sums received by you for the past three years. Said record is to include salary, bonuses, expense account, automobile reimbursement, and other things of value received by you. Said record should detail each pay period for gross earnings and all deductions from said gross earnings.

15. Documents concerning any income received or receivable by you from any source whatsoever other than current earnings for the past three years.

16. Records of all sums on deposit to your credit in a credit union and/or any company savings account or plan of any type or description.

17. All records and court papers concerning any lawsuits in which you are involved in any manner.

18. Your federal and state income tax returns, including W-2 Forms and supporting schedules, for the past three years.

19. All documents in your possession or under your control tending to establish your monthly expenses for the following: rent, food and household supplies, utilities, telephone, laundry and cleaning, clothing, medical, dental, insurance (life, health, accident, etc.), school, entertainment, incidentals, transportation, auto expenses, (insurance, gas, oil, repair, etc.) And installment payments, including canceled checks showing payments of said

1  charges, any and all bills, receipts, charge account statements and charge
2  account receipts directly relating to said expenditures.
3  20. All financial statements for yourself, any member of your immediate family,
4  or any business or partnership in which you have any ownership interest,
5  filed or created from during the last five years.